91 F.3d 142
 MCI Telecommunications Corporation
v.
Subhi Alhadhood, Captian, Al Boushi, Captain, Mustasa
Ibrahim, Captain, Ahmed Abbas, Major, Mohammed Said Hassan,
Major, Mohammed Saeed, Sergeant, Abdullah Al-Shamsi,
Sergeant, Ali Salem Sief, Sergeant, Mohammed Saeed, Private,
Abdullateaf, Private, Khlfan, Private, Khaled, Private,
Abdullah Abdul Alhammadi, Saleh Almansour, Jehad Hassan,
Ayad Hassan, Mohammed Bakrad, Kotybah Azuar, Medhat Jassim
Alsoori, Saeed Salem Al
 NO. 95-50161
 United States Court of Appeals,
Fifth Circuit.
 June 19, 1996
 W.D.Tex., 82 F.3d 658
 
 1
 DENIALS OF REHEARING EN BANC.